DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YULIA V. FOREST,**
Appellant,

v.

**SANJEEV SAXENA,**
Appellee.

No. 4D2023-0822

[April 25, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Shullman, Judge; L.T. Case No. 502022CC004750.

Robert Jeffrey Hauser of Sniffen & Spellman, P.A., West Palm Beach, for appellant.

Roger Michael Levine, Amy D. Shield, Curtis L. Witters, Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***